IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MARILE BRISCO,

    Plaintiff,

vs.                                                                  No. 04-2222-B/An

CCL CUSTOM MANUFACTURING, INC.,

    Defendant.

### ORDER OF REFERENCE

Before the Court is the Unopposed Motion to Extend Discovery Deadline and Reset Trial filed on May 27, 2005.

The above action is hereby referred to the Honorable S. Thomas Anderson, U.S. Magistrate Judge, for the purpose of conducting a scheduling conference.

**IT IS SO ORDERED.**

_____
J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

June 3, 2005
DATE


This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-9-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:04-CV-02222 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

Charles W. Cavagnaro
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

Joseph M. Crout
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

Marile Y. Brisco
1595 Barton Street
Memphis, TN 38106

Maureen T. Holland
HOLLAND & ASSOCIATES, PLLC
1429 Madison Avenue
Memphis, TN 38104

Honorable J. Breen
US DISTRICT COURT