# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED BY _____ D.C.

05 JUN 20 PM 3: 1

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| MARILE BRISCO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.   04-2222 B/An |
| | ) | |
| CCL CUSTOM MANUFACTURING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Extend Discovery Deadline and Reset Trial filed on May 27, 2005. United States District Judge J. Daniel Breen referred this matter to the Magistrate Judge for determination and to conduct a scheduling conference.

It is therefore **ORDERED** that the parties shall appear for a scheduling conference to be held before United States Magistrate Judge S. Thomas Anderson on **THURSDAY, JUNE 30, 2005 at 11:15 A.M.** in Courtroom M-3, 9th Floor, Federal Building, Memphis, Tennessee. Counsel shall confer and submit a proposed Scheduling Order to the undersigned's chambers at least 24 hours before the conference.

**IT IS SO ORDERED.**

S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: June 17, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-21-05

1



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:04-CV-02222 was distributed by fax, mail, or direct printing on June 21, 2005 to the parties listed.

---

Charles W. Cavagnaro
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

Joseph M. Crout
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

Marile Y. Brisco
1595 Barton Street
Memphis, TN 38106

Maureen T. Holland
HOLLAND & ASSOCIATES, PLLC
1429 Madison Avenue
Memphis, TN 38104

Honorable J. Breen
US DISTRICT COURT