IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 11 PM 4:09

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| MARILE BRISCO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.: 04-2222-B-An |
| | ) | |
| CCL CUSTOM MANUFACTURING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

---

## AMENDED RULE 16(b) SCHEDULING ORDER

Pursuant to the Order of Reference entered June 3, 2005, a Scheduling Conference was

held on June 30, 2005 and the following dates were established as the final dates for:

**COMPLETING ALL DISCOVERY:**

    (a)    **REQUESTS FOR PRODUCTION, INTERROGATORIES and REQUESTS FOR ADMISSIONS:**    December 9, 2005

    (b)    **DEPOSITIONS:**    December 9, 2005

    (c)    **EXPERT DISCLOSURE (Rule 26(a)(2)):**
        (i) Plaintiff's Experts:    October 10, 2005
        (ii) Defendant's Experts:    November 9, 2005
        (iii) Supplementation under Rule 26(e):    November 22, 2005

**FILING DISPOSITIVE MOTIONS:**    January 10, 2006

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-12-05

㉑

## FINAL LISTS OF WITNESSES AND EXHIBITS (Rule 26(a)(3)):

    (a)    for Plaintiff:        45 days prior to trial

    (b)    for Defendant:      30 days prior to trial

Parties shall have __10__ days after service of final lists of witnesses and exhibits to file objections under Rule 26(a)(3).

The trial of this matter is expected to last ___2-3___ days. The presiding judge will set this matter for **NON-JURY TRIAL.** In the event the parties are unable to agree on a joint pretrial order, the parties must notify the court at least ten days before trial.

## OTHER RELEVANT MATTERS:

Interrogatories, Requests for Production and Requests for Admissions must be submitted to the opposing party in sufficient time for the opposing party to respond by the deadline for completion of discovery. For example, if the FRCP allow 30 days for a party to respond, then the discovery must be submitted at least 30 days prior to the deadline for completion of discovery.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or service of the response, answer, or objection which is the subject of the motion if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or any objection to the default, response, or answer shall be waived.

The parties are reminded that pursuant to Local Rule 7(a)(1)(A) and (a)(1)(B), all motions, except motions pursuant to FRCP 12, 56, 59, and 60, shall be accompanied by a proposed Order and a Certificate of Consultation.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

At this time, the parties have not given consideration to whether they wish to consent to trial before the magistrate judge. The parties will file a written consent form with the court should they decide to proceed before the magistrate judge.

*The parties are ordered to engage in court-annexed attorney mediation or private mediation on or before the close of discovery.*

This order has been entered after consultation with trial counsel pursuant to notice.

Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: July 08, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:04-CV-02222 was distributed by fax, mail, or direct printing on July 12, 2005 to the parties listed.

Joseph M. Crout
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

Charles W. Cavagnaro
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

Marile Y. Brisco
1595 Barton Street
Memphis, TN 38106

Maureen T. Holland
HOLLAND & ASSOCIATES, PLLC
1429 Madison Avenue
Memphis, TN 38104

Honorable J. Breen
US DISTRICT COURT