IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| MARILE BRISCO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.  04-2222 B/An |
| | ) | |
| CCL CUSTOM MANUFACTURING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER DENYING UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINE AND RESET TRIAL

Before the Court is Plaintiff's Unopposed Motion to Extend Discovery Deadline and Reset Trial filed on May 27, 2005. Because the Court entered an Amended Rule 16(b) Scheduling Order on July 11, 2005, the instant motion is **DENIED** as moot.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: August 24, 2005

1



This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-25-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:04-CV-02222 was distributed by fax, mail, or direct printing on August 25, 2005 to the parties listed.

---

Charles W. Cavagnaro
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

Maureen T. Holland
HOLLAND & ASSOCIATES, PLLC
1429 Madison Avenue
Memphis, TN 38104

Joseph M. Crout
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

Marile Y. Brisco
1595 Barton Street
Memphis, TN 38106

Honorable J. Breen
US DISTRICT COURT