IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 DEC 12 AM 11: 34

CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| MARILE BRISCO, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) No. 04-2222 BAn |
| | ) |
| CCL CUSTOM MANUFACTURING | ) |
| | ) |
| DEFENDANT. | ) |

### ORDER GRANTING JOINT MOTION OF ALL PARTIES TO EXTEND SCHEDULING ORDER DATES, OR ALTERNATIVELY FOR SETTING OF A SCHEULING CONFERENCE

This cause came to be heard on the Joint Motion of All Parties to Extend Scheduling Order Dates, or alternatively for Setting of a Scheduling Conference  Based on the facts asserted in the motion, and the representations of all counsel, and for good cause shown, the Court is of the opinion that this Motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Joint Motion of all Parties to is hereby [partially] granted and the Court Orders the following:

Deadline for Discovery - January 31, 2006

Deadline for Dispositive Motion - February 28, 2006

_____
JUDGE

DATE: 12/8/05

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-12-05

25

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:04-CV-02222 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

Charles W. Cavagnaro
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

Maureen T. Holland
HOLLAND & ASSOCIATES, PLLC
1429 Madison Avenue
Memphis, TN 38104

Joseph M. Crout
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

Charles W. Cavagnaro
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

Marile Y. Brisco
1595 Barton Street
Memphis, TN 38106

Maureen T. Holland
HOLLAND & ASSOCIATES, PLLC
1429 Madison Avenue
Memphis, TN 38104

Joseph M. Crout
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

Marile Y. Brisco
1595 Barton Street
Memphis, TN 38106

Honorable J. Breen
US DISTRICT COURT